FILED

# SEALED

MAR 28 2012

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>V.<br><br>ELMER ARMANDO MORENO,<br>FRANCISCO JAVIER MARTINEZ,<br>HERIBERTO BARRERA,<br>CHARLES ERIC HOLDEN,<br>GEORGE ERIC NETTLES, and<br>LUCIANO MARTINEZ<br><br>               Defendants. | ) CRIMINAL NO.<br>) **MO12CR0094**<br>) **I N D I C T M E N T**<br>)<br>) [Vio: 21 U.S.C. § 846 -<br>)  Conspiracy to Distribute<br>)  Methamphetamine and<br>)  Marijuana;<br>)  18 U.S.C. § 2119 – Carjacking;<br>)  18 U.S.C. § 1513- Witness<br>)  Retaliation<br>)  18 U.S.C. § 924(c)– Use of a<br>)  Firearm during crime of violence<br>)  and drug trafficking crime;<br>)  21 U.S.C. § 841(a)(1)–possession of<br>)  methamphetamine with intent to<br>)  distribute]<br>)<br>) |

THE GRAND JURY CHARGES:

## <u>COUNT ONE</u>
[21 U.S.C. § 846]

Beginning on or about October 1, 2011 and continuing to on or about December 29,

2011, in the Western District of Texas and elsewhere, the Defendants,

**ELMER ARMANDO MORENO,**
**FRANCISCO JAVIER MARTINEZ,**
**HERIBERTO BARRERA,**
**CHARLES ERIC HOLDEN,**
**GEORGE ERIC NETTLES,**
**and,**
**LUCIANO MARTINEZ,**

did combine, conspire, confederate and agree together and with each other to distribute, and

possess with intent to distribute, controlled substances, which offense involved 500 grams

or more of a mixture and substance containing a detectable amount of methamphetamine and

50 grams or more of methamphetamine (actual), a Schedule II Controlled Substance, and

marijuana, a Schedule I controlled substance, all contrary to Title 21, United States Code,

Sections 841(a)(1) and 846.

## COUNT TWO
### [18 U.S.C. § 2119]

On or about December 28, 2011, in the Western District of Texas, the Defendants,

**ELMER ARMANDO MORENO**
**HERIBERTO BARRERA**
**and**
**GEORGE ERIC NETTLES,**

aided and abetted by one another, and having the intent, if necessary, to cause serious bodily

harm, took a 2001 Chevy Tahoe that had been transported and shipped in interstate

commerce from the persons and presence of CHARLES ERIC HOLDEN and C.S. by force

and violence, and by intimidation.

All in violation of Title 18, United States Code, Section 2119(1).

## COUNT THREE
### [18 U.S.C. § 924(c)]

On or about December 28, 2011, in the Western District of Texas, the Defendants,

**ELMER ARMANDO MORENO**
**HERIBERTO BARRERA**
**and**
**GEORGE ERIC NETTLES,**

aided and abetted by one another, and during and relation to the drug trafficking crime set forth in Count One of this Indictment, and the crime of violence set forth in Count Two of this Indictment, each of which are incorporated by reference as if set forth in full, intentionally and knowingly used, carried and brandished firearms.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT FOUR
### [18 U.S.C. § 1513)]

On or about December 28, 2011, in the Western District of Texas, the Defendants,

**FRANCISCO JAVIER MARTINEZ**
**and**
**LUCIANO MARTINEZ,**

aided and abetted by one another, threatened bodily injury against C.S. with the intent to retaliate against C.S. because she provided information to law enforcement officers relating to the commission and the possible commission of the federal offense set forth in Count Two of this Indictment, which is hereby incorporated by reference as if set forth in full.

All in violation of Title 18, United States Code, Section 1513(b)(2).

## COUNT FIVE
[18 U.S.C. § 924(c)]

On or about December 28, 2011, in the Western District of Texas, the Defendants,

**FRANCISCO JAVIER MARTINEZ,**
**and**
**LUCIANO MARTINEZ,**

aided and abetted by one another, and during and relation to the drug trafficking crime set forth in Count One of this Indictment, and the crime of violence set forth in Count Four of this Indictment, each of which are incorporated by reference as if set forth in full, intentionally and knowingly used, carried and brandished a firearm.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT SIX
[21 U.S.C. § 841(a)(1)]

On or about December 28, 2011, in the Western District of Texas, the Defendants,

**FRANCISCO JAVIER MARTINEZ**
**and**
**LUCIANO MARTINEZ,**

aided and abetted by one another, intentionally and knowingly possessed a controlled substance with intent to distribute, which offense involved fifty grams or more of methamphetamine (actual), a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN
### [18 U.S.C. § 924(c)]

On or about December 28, 2011, in the Western District of Texas, the Defendants,

### FRANCISCO JAVIER MARTINEZ,
### and
### LUCIANO MARTINEZ,

aided and abetted by one another, intentionally and knowingly possessed firearms in furtherance of the drug trafficking crimes set forth in Counts One and Six of this Indictment, each of which are incorporated by reference as if set forth in full.

All in violation of Title 18, United States Code, Section 924(c).

A TRUE BILL.

Original signed by the
foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
United States Attorney

JOHN S. KLASSEN
Assistant United States Attorney

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO12CR0094

| SEALED: | | UNSEALED: XX |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: March 28, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO: MO-12-CR- | ASSISTANT U.S. ATTORNEY: JOHN S. KLASSEN | |
| DEFENDANT: 1. ELMER ARMANDO MORENO | | DOB: XXXXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USC    INTERPRETER NEEDED No  LANGUAGE: | | |
| DEFENSE ATTORNEY:No attorney yet | | EMPLOYED<br>APPOINTED |
| DEFENDANT IS: No bond set - Not arrested | | |
| DATE OF ARREST:  Not arrested | | BENCH WARRANT:  XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE:  No | | |
| PROSECUTION BY:  Indictment | | |

OFFENSE (Code and Description): **Ct. 1 - 21 USC 846 - Conspiracy to Distribute Methamphetamine and Marijuana; Ct. 2 - 18 USC 2119 - Carjacking; Ct. 3 - 18 USC 924c - Use of a Firearm During Crime of Violence and Drug Trafficking Crime; Ct. 4 - 18 USC 1513 - Witness Relaliation; Ct. 5 - 18 USC 924c - Use of a Firearm During Crime of Violence and Drug Trafficking Crime; Ct. 6 - 21 USC 841a1 - -Possession of Methamphetamine with Intent to Distribute; Ct. 7 -  18 USC 924c - Use of a Firearm During Crime of Violence and Drug Trafficking Crime**

OFFENSE IS:  FELONY

MAXIMUM SENTENCE: Ct 1--minimum 10 years, up to Life, $10 million fine, minimum 5 years supervised release; and a mandatory $100 special assessment;
Ct 2-- up to 15 years prison, max $250K fine, max 3 years supervised release; and a mandatory $100 special assessment
Ct 3. --minimum 7 years prison up to life (consecutive to Count 2), max $250K fine, up to 5 years supervised release; and a mandatory $100 special assessment
Ct. 4 --up to 20 years prison, max $250K fine, max 3 years supervised release; and a mandatory $100 special assessment
Ct. 5-- --minimum 7 years prison up to life (consecutive to Count 4), max $250K fine, up to 5 years supervised release; and a mandatory $100 special assessment
Ct 6. Ct 1--minimum 10 years, up to Life, $10 million fine, minimum 5 years supervised release; and a mandatory $100 special assessment
Ct. 7 Ct. 5-- ---minimum 5 years prison up to life (consecutive to Count 6), max $250K fine, up to 5 years supervised release; and a mandatory $100 special assessment

PENALTY IS MANDATORY:  As stated above.

REMARKS:  AGENT:
Randy Vest, Task Force Agent Federal Bureau of Investigation
1004 N. Big Spring Street, Suite 600
Midland, Texas 79701
432-570-0255 ofc 432-683-4855 fax

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO12CR0094

| SEALED: | | UNSEALED: XX |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: March 28, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO: MO-12-CR- | ASSISTANT U.S. ATTORNEY: JOHN S. KLASSEN | |

| DEFENDANT: 2. FRANCISCO JAVIER MARTINEZ | DOB: XXXXXXXXXXX |
|---|---|

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USC     INTERPRETER NEEDED No  LANGUAGE:

| DEFENSE ATTORNEY:No attorney yet | EMPLOYED |
|---|---|
| | APPOINTED |

DEFENDANT IS: No bond set - Not arrested

| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |
|---|---|

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description): **Ct. 1 - 21 USC 846 - Conspiracy to Distribute Methamphetamine and Marijuana; Ct. 2 - 18 USC 2119 - Carjacking; Ct. 3 - 18 USC 924c - Use of a Firearm During Crime of Violence and Drug Trafficking Crime; Ct. 4 - 18 USC 1513 - Witness Relaliation; Ct. 5 - 18 USC 924c - Use of a Firearm During Crime of Violence and Drug Trafficking Crime; Ct. 6 - 21 USC 841a1 - -Possession of Methamphetamine with Intent to Distribute; Ct. 7 -  18 USC 924c - Use of a Firearm During Crime of Violence and Drug Trafficking Crime**

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Ct 1--minimum 10 years, up to Life, $10 million fine, minimum 5 years supervised release; and a mandatory $100 special assessment;
Ct 2-- up to 15 years prison, max $250K fine, max 3 years supervised release; and a mandatory $100 special assessment
Ct 3. --minimum 7 years prison up to life (consecutive to Count 2), max $250K fine, up to 5 years supervised release; and a mandatory $100 special assessment
Ct. 4 --up to 20 years prison, max $250K fine, max 3 years supervised release; and a mandatory $100 special assessment
Ct. 5-- --minimum 7 years prison up to life (consecutive to Count 4), max $250K fine, up to 5 years supervised release; and a mandatory $100 special assessment
Ct 6. Ct 1--minimum 10 years, up to Life, $10 million fine, minimum 5 years supervised release; and a mandatory $100 special assessment
Ct. 7 Ct. 5-- --minimum 5 years prison up to life (consecutive to Count 6), max $250K fine, up to 5 years supervised release; and a mandatory $100 special assessment

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Randy Vest, Task Force Agent Federal Bureau of Investigation
1004 N. Big Spring Street, Suite 600
Midland, Texas 79701
432-570-0255 ofc 432-683-4855 fax

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO12CR0094

| SEALED: | | UNSEALED: XX |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: March 28, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO: MO-12-CR- | ASSISTANT U.S. ATTORNEY: JOHN S. KLASSEN | |
| DEFENDANT: 3. HERIBERTO BARRERA | | DOB: XXXXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USC     INTERPRETER NEEDED No  LANGUAGE:

| DEFENSE ATTORNEY:No attorney yet | EMPLOYED APPOINTED |
|---|---|

DEFENDANT IS: No bond set - Not arrested

| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |
|---|---|

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description): **Ct. 1 - 21 USC 846 - Conspiracy to Distribute Methamphetamine and Marijuana; Ct. 2 - 18 USC 2119 - Carjacking; Ct. 3 - 18 USC 924c - Use of a Firearm During Crime of Violence and Drug Trafficking Crime; Ct. 4 - 18 USC 1513 - Witness Relaliation; Ct. 5 - 18 USC 924c - Use of a Firearm During Crime of Violence and Drug Trafficking Crime; Ct. 6 - 21 USC 841a1 - -Possession of Methamphetamine with Intent to Distribute; Ct. 7 -  18 USC 924c - Use of a Firearm During Crime of Violence and Drug Trafficking Crime**

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Ct 1--minimum 10 years, up to Life, $10 million fine, minimum 5 years supervised release; and a mandatory $100 special assessment;
Ct 2-- up to 15 years prison, max $250K fine, max 3 years supervised release; and a mandatory $100 special assessment
Ct 3. --minimum 7 years prison up to life (consecutive to Count 2), max $250K fine, up to 5 years supervised release; and a mandatory $100 special assessment
Ct. 4 --up to 20 years prison, max $250K fine, max 3 years supervised release; and a mandatory $100 special assessment
Ct. 5-- --minimum 7 years prison up to life (consecutive to Count 4), max $250K fine, up to 5 years supervised release; and a mandatory $100 special assessment
Ct 6. Ct 1--minimum 10 years, up to Life, $10 million fine, minimum 5 years supervised release; and a mandatory $100 special assessment
Ct. 7 Ct. 5-- --minimum 5 years prison up to life (consecutive to Count 6), max $250K fine, up to 5 years supervised release; and a mandatory $100 special assessment

PENALTY IS MANDATORY: As stated above.

REMARKS:  AGENT:
Randy Vest, Task Force Agent Federal Bureau of Investigation
1004 N. Big Spring Street, Suite 600
Midland, Texas 79701
432-570-0255 ofc 432-683-4855 fax

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**MO12CR0094**

| SEALED: | UNSEALED: XX |
|---|---|

| COUNTY: Midland | DIVISION:  MIDLAND/ODESSA | JUDGE:  JUNELL |
|---|---|---|

| DATE: March 28, 2012 | MAG CT #: N/A | FBI #: |
|---|---|---|

| CASE NO: MO-12-CR- | ASSISTANT U.S. ATTORNEY:  JOHN S. KLASSEN |
|---|---|

| DEFENDANT: 4. CHARLES ERIC HOLDEN | DOB: XXXXXXXXXXXX |
|---|---|

ADDRESS:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USC        INTERPRETER NEEDED No  LANGUAGE:

| DEFENSE ATTORNEY:No attorney yet | EMPLOYED |
|---|---|
| | APPOINTED |

DEFENDANT IS: No bond set - Not arrested

| DATE OF ARREST:  Not arrested | BENCH WARRANT:  XXX |
|---|---|

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE:  No

PROSECUTION BY:  Indictment

**OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to Distribute Methamphetamine and Marijuana; Ct. 2 - 18 USC 2119 - Carjacking; Ct. 3 - 18 USC 924c - Use of a Firearm During Crime of Violence and Drug Trafficking Crime; Ct. 4 - 18 USC 1513 - Witness Relaliation; Ct. 5 - 18 USC 924c - Use of a Firearm During Crime of Violence and Drug Trafficking Crime; Ct. 6 - 21 USC 841a1 - -Possession of Methamphetamine with Intent to Distribute; Ct. 7 -  18 USC 924c - Use of a Firearm During Crime of Violence and Drug Trafficking Crime**

OFFENSE IS:  FELONY

MAXIMUM SENTENCE: Ct 1--minimum 10 years, up to Life, $10 million fine, minimum 5 years supervised release; and a mandatory $100 special assessment;
Ct 2-- up to 15 years prison, max $250K fine, max 3 years supervised release; and a mandatory $100 special assessment
Ct 3. --minimum 7 years prison up to life (consecutive to Count 2), max $250K fine, up to 5 years supervised release; and a mandatory $100 special assessment
Ct. 4 --up to 20 years prison, max $250K fine, max 3 years supervised release; and a mandatory $100 special assessment
Ct. 5-- --minimum 7 years prison up to life (consecutive to Count 4), max $250K fine, up to 5 years supervised release; and a mandatory $100 special assessment
Ct 6. Ct 1--minimum 10 years, up to Life, $10 million fine, minimum 5 years supervised release; and a mandatory $100 special assessment
Ct. 7 Ct. 5-- --minimum 5 years prison up to life (consecutive to Count 6), max $250K fine, up to 5 years supervised release; and a mandatory $100 special assessment

PENALTY IS MANDATORY:  As stated above.

REMARKS:  AGENT:
Randy Vest, Task Force Agent Federal Bureau of Investigation
1004 N. Big Spring Street, Suite 600
Midland, Texas 79701
432-570-0255 ofc 432-683-4855 fax

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF **MO12CR0094**

| SEALED: | | UNSEALED: XX |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: March 28, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO: MO-12-CR- | ASSISTANT U.S. ATTORNEY: JOHN S. KLASSEN | |
| DEFENDANT: 5. GEORGE ERIC NETTLES | | DOB: XXXXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USC     INTERPRETER NEEDED No  LANGUAGE: | | |

| DEFENSE ATTORNEY:No attorney yet | EMPLOYED<br>APPOINTED |
|---|---|

| DEFENDANT IS: No bond set - Not arrested | |
|---|---|
| DATE OF ARREST:  Not arrested | BENCH WARRANT: XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE:  No

PROSECUTION BY:  Indictment

OFFENSE (Code and Description): **Ct. 1 - 21 USC 846 - Conspiracy to Distribute Methamphetamine and Marijuana; Ct. 2 - 18 USC 2119 - Carjacking; Ct. 3 - 18 USC 924c - Use of a Firearm During Crime of Violence and Drug Trafficking Crime; Ct. 4 - 18 USC 1513 - Witness Relaliation; Ct. 5 - 18 USC 924c - Use of a Firearm During Crime of Violence and Drug Trafficking Crime; Ct. 6 - 21 USC 841a1 - -Possession of Methamphetamine with Intent to Distribute; Ct. 7 -  18 USC 924c - Use of a Firearm During Crime of Violence and Drug Trafficking Crime**

OFFENSE IS:  **FELONY**

MAXIMUM SENTENCE: Ct 1--minimum 10 years, up to Life, $10 million fine, minimum 5 years supervised release; and a mandatory $100 special assessment;
Ct 2-- up to 15 years prison, max $250K fine, max 3 years supervised release; and a mandatory $100 special assessment
Ct 3. --minimum 7 years prison up to life (consecutive to Count 2), max $250K fine, up to 5 years supervised release; and a mandatory $100 special assessment
Ct. 4 --up to 20 years prison, max $250K fine, max 3 years supervised release; and a mandatory $100 special assessment
Ct. 5-- --minimum 7 years prison up to life (consecutive to Count 4), max $250K fine, up to 5 years supervised release; and a mandatory $100 special assessment
Ct 6. Ct 1--minimum 10 years, up to Life, $10 million fine, minimum 5 years supervised release; and a mandatory $100 special assessment
Ct. 7 Ct. 5-- ---minimum 5 years prison up to life (consecutive to Count 6), max $250K fine, up to 5 years supervised release; and a mandatory $100 special assessment

PENALTY IS MANDATORY:  As stated above.

REMARKS:  AGENT:
Randy Vest, Task Force Agent Federal Bureau of Investigation
1004 N. Big Spring Street, Suite 600
Midland, Texas 79701
432-570-0255 ofc 432-683-4855 fax

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**MO12CR0094**

| SEALED: | | UNSEALED: XX |
|---|---|---|
| COUNTY: Midland | DIVISION:  MIDLAND/ODESSA | JUDGE:  JUNELL |
| DATE: March 28, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO: MO-12-CR- | ASSISTANT U.S. ATTORNEY:  JOHN S. KLASSEN | |

DEFENDANT: 6. LUCIANO MARTINEZ                DOB: XXXXXXXXXXXX

ADDRESS:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USC        INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:No attorney yet                            EMPLOYED
                                                                                    APPOINTED

DEFENDANT IS: No bond set - Not arrested

DATE OF ARREST:  Not arrested                        BENCH WARRANT:  XXX

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE:  No

PROSECUTION BY:  Indictment

OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to Distribute Methamphetamine **and Marijuana; Ct. 2 - 18 USC 2119 - Carjacking; Ct. 3 - 18 USC 924c - Use of a Firearm During Crime of Violence and Drug Trafficking Crime; Ct. 4 - 18 USC 1513 - Witness Relaliation; Ct. 5 - 18 USC 924c - Use of a Firearm During Crime of Violence and Drug Trafficking Crime; Ct. 6 - 21 USC 841a1 - -Possession of Methamphetamine with Intent to Distribute; Ct. 7 -  18 USC 924c - Use of a Firearm During Crime of Violence and Drug Trafficking Crime**

OFFENSE IS:  FELONY

MAXIMUM SENTENCE: Ct 1--minimum 10 years, up to Life, $10 million fine, minimum 5 years supervised release; and a mandatory $100 special assessment;
Ct 2-- up to 15 years prison, max $250K fine, max 3 years supervised release; and a mandatory $100 special assessment
Ct 3. --minimum 7 years prison up to life (consecutive to Count 2), max $250K fine, up to 5 years supervised release; and a mandatory $100 special assessment
Ct. 4 --up to 20 years prison, max $250K fine, max 3 years supervised release; and a mandatory $100 special assessment
Ct. 5-- --minimum 7 years prison up to life (consecutive to Count 4), max $250K fine, up to 5 years supervised release; and a mandatory $100 special assessment
Ct 6. Ct 1--minimum 10 years, up to Life, $10 million fine, minimum 5 years supervised release; and a mandatory $100 special assessment
Ct. 7 Ct. 5-- ---minimum 5 years prison up to life (consecutive to Count 6), max $250K fine, up to 5 years supervised release; and a mandatory $100 special assessment

PENALTY IS MANDATORY:  As stated above.

REMARKS:  AGENT:
Randy Vest, Task Force Agent Federal Bureau of Investigation
1004 N. Big Spring Street, Suite 600
Midland, Texas 79701
432-570-0255 ofc 432-683-4855 fax